**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01738-CR

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2011-2-1391**

## ORDER
Before Justices Moseley, O'Neill, and Lewis

The Court **GRANTS** appellant's March 4, 2013 "opposed motion to vacate opinion and order; retain appeal; extend time; and motion for leave to file brief" only to the extent that the letter brief tendered on March 4, 2013 is considered properly filed. In all other respects, we **DENY** the March 4, 2013 "opposed motion to vacate opinion and order; retain appeal; extend time; and motion for leave to file brief." We further **DENY** appellant's March 18, 2013 motion for rehearing and to take judicial notice.

/s/     DAVID LEWIS
         JUSTICE